UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF BACHNER,                                  Plaintiff,<br><br>    - against -<br><br>RENDER MEDIA INC.,<br><br>                                                        Defendant. | Docket No. 1:17-cv-6723<br><br>JURY TRIAL DEMANDED |

# COMPLAINT

Plaintiff Jeff Bachner ("Bachner" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Render Media Inc. ("Render" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph NYC Public Advocate Letitia James, owned and registered by Bachner, a New York City-based photojournalist. Accordingly, Bachner seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is transacting business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Bachner is a professional photojournalist in the business of licensing his photographs to online and print media for a fee, having a usual place of business at 110 Shore Blvd, Brooklyn, New York 11235.

6. Upon information and belief, Render is a foreign business corporation duly organized and existing under the laws of the State of California, with a place of business at 145 South Fairfax Avenue, Los Angeles, California 90036. Upon information and belief, Render is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, Render has owned and operated a website at the URL: www.OpposingViews.com (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. On or about April 5, 2017, Bachner photographed NYC Public Advocate Letitia James (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Bachner is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given Copyright Registration Number VA 2-026-496.

**B.  Defendant's Infringing Activities**

10. Upon information and belief, on or about April 7, 2017, Render ran an article on the Website entitled *New York City Bans Employers' Salary History Questions*. See

http://www.opposingviews.com/i/society/nyc-bans-salary-history-questions-during-hiring-process. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11. Render did not license the Photograph from Plaintiff for its article, nor did Render have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST RENDER)
## (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Render infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Render is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Render have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover her damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Render be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 5, 2017

                                                 LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Richard Liebowitz
                                              Richard P. Liebowitz
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, New York 11580
                                        Telephone: (516) 233-1660
                                        RL@LiebowitzLawFirm.com

                                        *Attorneys for Plaintiff Jeff Bachner*